UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOUGLAS ALBERT, )
    Plaintiff )
 )
v. ) C.A. No. 05-30008-MAP
 )
MICHAEL THOMAS, et al )
    Defendants )
 )

### NOTICE OF APPEARANCE

Please enter our appearance on behalf of Defendant, Joseph Brunelle, in the above-entitled matter.

                                          THE DEFENDANT
                                          By his attorneys

| /s/ Michael J. Akerson | /s/ Austin M. Joyce |
|---|---|
| Michael J. Akerson | Austin M. Joyce |
| REARDON, JOYCE & AKERSON, P.C. | REARDON, JOYCE & AKERSON, P.C. |
| 397 Grove Street | 397 Grove Street |
| Worcester, MA 01605 | Worcester, MA 01605 |
| (508) 754-7285 | (508) 754-7285 |
| BBO# 558565 | BBO#: 255040 |
| | |
| /s/ John K. Vigliotti | /s/ Andrew J. Gambaccini |
| John K. Vigliotti | Andrew J. Gambaccini |
| REARDON, JOYCE & AKERSON, P.C. | REARDON, JOYCE & AKERSON, P.C. |
| 397 Grove Street | 397 Grove Street |
| Worcester, MA 01605 | Worcester, MA 01605 |
| (508) 754-7285 | (508) 754-7285 |
| BBO# 642337 | BBO#: 654690 |

## CERTIFICATE OF SERVICE

I, Austin M. Joyce, hereby certify that a copy of the foregoing Appearance was mailed on this 4th day of February, 2005 via first class mail postage prepaid to all counsel of record as follows:

Robert H. Astor, Esq.
1145 Main Street, Suite 403
Springfield, MA 01103

By: /s/ Austin M. Joyce
_____
Austin M. Joyce