UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Western Section
Civil Action No. 05-30008-MAP

| | |
|---|---|
| DOUGLAS ALBERT<br>    Plaintiff<br><br>v.<br><br>MICHAEL THOMAS, Individually and in his Official Capacity as a Police Officer for the City of Chicopee Police Department,<br><br>JOSEPH BRUNELLE, Individually and in his Official Capacity as a Police Officer for the City of Chicopee Police Department,<br><br>THE CITY OF CHICOPEE<br>a Municipal Corporation duly established under the laws of the Commonwealth of Massachusetts | **NOTICE OF APPEARANCE** |

Please enter my appearance for the City of Chicopee in the above-entitled action.

Dated: February 7, 2005

*[signature]*
Thomas J. Rooke
Associate City Solicitor
City of Chicopee Law Department
17 Springfield Street
Chicopee, MA 01013
(413) 594-1520
Fax: (413) 594-1524
BBO#549087

## CERTIFICATE OF SERVICE

I, Thomas J. Rooke hereby certify that on this 7th day of February 2005 I served a copy of the foregoing <u>NOTICE OF APPEARANCE</u> upon the Plaintiff by mailing, first class mail, postage prepaid to Plaintiff's counsel **Robert H. Astor, 1145 Main Street, Suite 403, Springfield, MA 01103.**

_____
Thomas J. Rooke
Associate City Solicitor