UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 FEB -7  A  6: 42

U.S. DISTRICT COURT
DISTRICT OF MASS

DOUGLAS ALBERT,               )
   Plaintiff                    )
                             )
v.                           )   C.A. No. 05-30008-MAP
                             )
MICHAEL THOMAS, et al        )
   Defendants                   )
                             )

NOTICE OF APPEARANCE

    NOW COMES William J. O'Grady, Esquire and hereby makes notice of his appearance for the Defendant, Michael Thomas, in the above-captioned matter.

ATTORNEY FOR THE DEFENDANT,

WILLIAM J. O'GRADY, ESQ.
Associate City Solicitor
Chicopee Law Department
17 Springfield Street
Chicopee, MA 01013
Ph: (413)594-4711
BBO#   377875

Dated: February ___, 2005

CERTIFICATE OF SERVICE

    I hereby certify that I served a copy of the above document by mailing first-class, postage pre-paid, to the parties of record, on this ___ day of February, 2005.

WILLIAM J. O'GRADY, ESQ.