UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION # 05-30008-MAP

DOUGLAS ALBERT,         )
        Plaintiff    )
                        )
v.                      )
                        )
MICHAEL THOMAS, et al   )
        Defendants   )

### MOTION TO CONTINUE DATE OF SCHEDULING CONFERENCE
### (WITH ASSENT)

Now comes the plaintiff in the above-titled matter and moves this Honorable Court to continue the scheduling conference from March 16 to March 21, 2005.

In support of this Motion, counsel for plaintiff states that he is scheduled to be out of state on March 16.

All counsel assent to this Motion.

With Assent:

_____ (RHA)
William J. O'Grady, Esq.
Associate City Solicitor
City of Chicopee Law Dept.
17 Springfield Street
Chicopee, MA 01013
(413) 594-4711

Respectfully submitted,

_____
Robert H. Astor, Esq,
Attorney for the Plaintiff
1145 Main Street - Suite 403
Springfield, MA 01103
(413) 781-1144, FAX (413) 737-0377
B.B.O. # 023120

_____ (RHA)
Austin M. Joyce, Esq.
Attorney for Joseph Brunelle
Reardon, Joyce & Akerson, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
B.B.O. # 255040

_____ (RHA)
Thomas J. Rooke, Esq.
Associate City Solicitor
City of Chicopee Law Dept.
17 Springfield Street
Chicopee, MA 01013
(413) 594-1520, FAX (413) 594-1524
B.B.O. 549087