# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CIVIL ACTION # 05-30008-MAP

DOUGLAS ALBERT,          )
       Plaintiff          )
                    )

v.          )
                    )

MICHAEL THOMAS, et al  )
       Defendants  )

## JOINT STATEMENT UNDER RULE 16

Now come the parties in the above-captioned case and state they have conferred pursuant to t the Rule 16, and propose the following discovery plan and schedule for filing of motions.

1.  **Automatic discovery** pursuant to Local Rule 26.2 will be complied with by April 15, 2005.

2.  **Non-expert Interrogatories and Requests for Production.** The parties contemplate the written discovery be served by May 15, 2005.

3.  **Non-expert Depositions.** The parties agree that non-expert depositions be completed by October 15, 2005.

4.  **Expert witness disclosures.** The parties agree that the plaintiff and defendant designate experts by December 15, 2005.

5.  **Expert Interrogatories and Depositions.** The parties contemplate that expert interrogatories be served by February 15, 2006 and expert depositions be completed by February 15, 2006.

6. **Motions Dispositive**. The parties agree that Rule 56 motions be filed by March 15, 2006, oppositions filed by April 15, 2006, and that oral arguments be set down thereafter.

7. **Final Pre-trial Conference**. The parties agree that a final pre-trial conference be held in Spring, 2006 and that a trial date be set for the Fall of 2006.

8. **Magistrate-Judge Trial**. The parties do not consent to trial before a Magistrate-Judge at this time.

**CERTIFICATION**

The undersigned hereby certify that they have conferred with their respective clients regarding a budget for various courses of litigation and the possibility of alternative dispute resolution.

With Assent:                                          Respectfully submitted,

William J. O'Grady, Esq.                              Robert H. Astor, Esq,
Associate City Solicitor                              Attorney for the Plaintiff
City of Chicopee Law Dept.                            1145 Main Street - Suite 403
17 Springfield Street                                 Springfield, MA 01103
Chicopee, MA 01013                                    (413) 781-1144, FAX (413) 737-0377
(413) 594-4711                                        B.B.O. # 023120

Austin M. Joyce, Esq.                                 Thomas J. Rooke, Esq.
Attorney for Joseph Brunelle                          Associate City Solicitor
Reardon, Joyce & Akerson, P.C.                        City of Chicopee Law Dept.
397 Grove Street                                      17 Springfield Street
Worcester, MA 01605                                   Chicopee, MA 01013
(508) 754-7285                                        (413) 594-1520, FAX (413) 594-1524
B.B.O. # 255040                                       B.B.O. 549087

2