UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DOUGLAS ALBERT, ) | | |
|         Plaintiff ) | | |
| ) | | |
| v. ) | Civil Action No.  05-30008-MAP | |
| ) | | |
| ) | | |
| MICHAEL THOMAS, et al., ) | | |
|         Defendants ) | | |

SCHEDULING ORDER
March 21, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by August 15, 2005.

2. Interrogatories and requests for production shall be served by May 16, 2005.

3. Non-expert depositions shall be completed by October 14, 2005.

4. Counsel shall appear for a case management conference on October 21, 2005, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

                                                     /s/ Kenneth P. Neiman
                                                   KENNETH P. NEIMAN
                                                   U.S. Magistrate Judge