UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DOUGLAS ALBERT,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL THOMAS, et al,<br>    Defendants. | )<br>)<br>)<br>)   C.A. No. 05-30008-MAP<br>)<br>)<br>)<br>) |

### CERTIFICATION OF DEFENDANT JOSEPH BRUNELLE

The undersigned party and his counsel hereby affirm that they conferred:

(a)  with a view to establishing a budget for the costs of conducting full course - - and various alternative courses -- of the litigation; and

(b)  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Joseph Brunelle

_____
Austin M. Joyce, Esq.
REARDON, JOYCE & AKERSON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO#: 558565