## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CIVIL ACTION # 05-30008-MAP

DOUGLAS ALBERT,    )
        Plaintiff    )
             )
v.               )
             )
MICHAEL THOMAS, et al )
        Defendants  )

### CERTIFICATION OF PLAINTIFF DOUGLAS ALBERT

The undersigned party and his counsel hereby affirm that they conferred:

(a)    with a view to establishing a budget for the costs of conducting full course - and various alternative courses - of the litigation process; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Douglas Albert

_____
Robert H. Astor, Esquire
Attorney for the Plaintiff
1145 Main Street
Springfield, MA 01103
(413) 781-1144
(413) 737-0377 FAX
BBO# 023120

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail (by hand) on 4/8/05

_____