COMMONWEALTH OF MASSACHUSETTS
DISTRICT OF MASSACHUSETTS

FILED

Civil Action No. 05-30008-MAP

| | | |
|---|---|---|
| DOUGLAS ALBERT,<br>　　　　Plaintiff | )<br>)<br>) | |
| v. | )<br>) | |
| MICHAEL THOMAS, JOSEPH<br>BRUNELLE and the CITY OF<br>CHICOPEE,<br>　　　　Defendants | )<br>)<br>)<br>)<br>) | CERTIFICATION PURSUANT<br>TO LOCAL RULE 16.1 |

　　　NOW COMES the Defendants, Michael Thomas and City of Chicopee, and hereby certifies that Counsel for the Defendants has conferred with its client regarding a budget for various courses of litigation and the possibility of alternative dispute resolution as required by Local Rule 16.1.

　　　　　　　　　　　　　　　　　　　　The Defendants
　　　　　　　　　　　　　　　　　　　　MICHAEL THOMAS and
　　　　　　　　　　　　　　　　　　　　CITY OF CHICOPEE
　　　　　　　　　　　　　　　　　　　　By Their Attorney

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Thomas J. Rooke
　　　　　　　　　　　　　　　　　　　　Associate City Solicitor
　　　　　　　　　　　　　　　　　　　　City of Chicopee Law Department
　　　　　　　　　　　　　　　　　　　　17 Springfield Street
　　　　　　　　　　　　　　　　　　　　Chicopee, MA 01013
　　　　　　　　　　　　　　　　　　　　(413) 594-1520
　　　　　　　　　　　　　　　　　　　　Fax: (413) 594-1524
　　　　　　　　　　　　　　　　　　　　BBO# 549087

The City of Chicopee

_____
Mayor Richard Goyette

## CERTIFICATE OF SERVICE

    I hereby certify that I served a copy of the above document by faxing, to the parties of record, on this 12th day of April, 2005:

Robert Astor, Esq.
Fax: 737-0377

Austin Joyce, Esq.
FAX: 508-754-7220

                                                    THOMAS J. ROOKE, ESQ.