UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Hampden, ss.                                          C.A. No. 05-30008-MAP

Douglas Albert,
       Plaintiff

v.                                                    NOTICE OF APPEARANCE

Michael Thomas, et al
       Defendants

Please enter my appearance for the City of Chicopee in the above-entitled action.

Dated: April    2005

                                          Thomas J. Rooke
                                          Associate City Solicitor
                                          City of Chicopee Law Department
                                          17 Springfield Street
                                          Chicopee, MA 01013
                                          (413) 594-1520
                                          Fax: (413) 594-1524
                                          BBO#549087

## CERTIFICATE OF SERVICE

I, Thomas J. Rooke, hereby certify that on this          day of April 2005 I served a copy of the foregoing NOTICE OF APPEARANCE upon the Plaintiff by mailing, first class mail, postage prepaid to the following counsels:

Robert H. Astor, Esq.
1145 Main Street, Suite 403
Springfield, MA 01103

Austin M. Joyce, Esq.
REARDON, JOYCE & AKERSON, P.C.
397 Grove Street
Worcester, MA 01605

Bernard T. O'Connor, Esq.
O'Connor, Martinelli, Cullinan & Pikula
Harrison Place, Suite 1022
1391 Main Street
Springfield, MA 01103

                                          Thomas J. Rooke
                                          Associate City Solicitor