UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Hampden, ss.

C.A. No. 05-30008-MAP

**Douglas Albert,**
   **Plaintiff**

v.

**NOTICE OF DISAPPEARANCE**

**Michael Thomas, et al,**
   **Defendants**

Please accept my disappearance for the Defendant in the above-captioned case.

William J. O'Grady
Associate City Solicitor
City of Chicopee Law Department
17 Springfield Street
Chicopee, MA  01013
(413) 594-1520
Fax: (413) 594-1524
BBO# 377875

### CERTIFICATE OF SERVICE

I, William J. O'Grady, hereby certify that on this      day of  April 2005, I served a copy of the foregoing NOTICE OF DISAPPEARANCE upon the Plaintiff by mailing, first class mail, postage prepaid to the following counsels:

Robert H. Astor, Esq.
1145 Main Street, Suite 403
Springfield, MA  01103

Bernard T. O'Connor, Esq.
O'Connor, Martinelli, Cullinan & Pikula
Harrison Place, Suite 1022
1391 Main Street
Springfield, MA  01103

Austin M. Joyce, Esq.
REARDON, JOYCE & AKERSON, P.C.
397 Grove Street
Worcester, MA  01605

William J. O'Grady
Associate City Solicitor