UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED

DOUGLAS ALBERT, )
        Plaintiff )
         )
v. ) C.A. No. 05-30008-MAP
         )
MICHAEL THOMAS, et al, )
        Defendants )

**NOTICE OF APPEARANCE**

Please enter my appearance, as counsel of record, for the Defendant, Michael Thomas, in the above-entitled matter.

_____
BERNARD T. O'CONNOR, JR.
His Attorney
O'Connor, Martinelli, Cullinan & Pikula
1391 Main Street, Suite 1022
Springfield, MA 01103
(413) 781-5311
BBO # 557872

Date: April 20, 2005

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON (EACH PARTY APPEARING PRO SE AND) THE ATTORNEY OF RECORD FOR EACH OTHER PARTY.

4/22/05
_____
Signature