UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOUGLAS ALBERT, )
        Plaintiff )
)
v. ) CIVIL ACTION NO. 05-30008-MAP
)
MICHAEL THOMAS, et al )
        Defendants )

CERTIFICATION OF DEFENDANT MICHAEL THOMAS

The undersigned hereby certifies that he has conferred with his client regarding a budget for various courses of this litigation and the possibility of alternative dispute resolution as outlined in L.R. 16.4.

MICHAEL THOMAS
By his attorney

_____
Bernard T. O'Connor, Jr.
BBO 557872
1391 Main Street, Suite 1022
Springfield, MA 01103-1649
(413) 781-5311