UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WESTERN SECTION
C.A. NO.05-30008-MAP

| | |
|---|---|
| DOUGLAS ALBERT,<br>    Plaintiff | )<br>)<br>) |
| VS. | )<br>) |
| MICHAEL THOMAS, Individually<br>and in his Official Capacity<br>as a Police Officer for the<br>City of Chicopee Police<br>Department, | )<br>)<br>)<br>)<br>)<br>) |
| JOSEPH BRUNELLE, Individually<br>and in his Official Capacity<br>as a Police Officer for the<br>City of Chicopee Police<br>Department | )<br>)<br>)<br>)<br>) |
| THE CITY OF CHICOPEE, a<br>Municipal Corporation duly<br>established under the laws of<br>the Commonwealth of<br>Massachusetts,<br>    Defendants | )<br>)<br>)<br>)<br>) |

NOTICE OF CHANGE OF ATTORNEY ADDRESS

To the Clerk:

    Notice of a change of address is hereby given and is effective July 26, 2005 as follows:

    Robert H. Astor
    1441 Main Street, Suite 900
    Springfield, MA 01103
    Telephone: (413) 781-1144
    Telefax: (413) 747-8044

A copy of this notice has been forwarded to all counsel of record.

_____
Robert H. Astor, Esquire
Attorney for the Plaintiffs
1441 Main Street, Suite 900
Springfield, MA 01103
(413) 781-1144
(413) 747-8044 FAX
BBO# 023120