UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOUGLAS ALBERT,<br>    Plaintiff | )<br>)<br>) |
| v. | )    C.A. No. 05-30008-MAP |
| MICHAEL THOMAS, et al<br>    Defendants | )<br>)<br>)<br>) |

### ASSENTED TO MOTION TO CONTINUE STATUS CONFERENCE

Now comes the defendant Joseph Brunelle and moves this Honorable Court to continue the status conference to Thursday, December 1, 2005 at 2:00 p.m. because his counsel has a scheduling conflict on the current date with the Massachusetts Police Association annual convention at Hyannis, Massachusetts and the parties have been unable to schedule the plaintiff's and defendants' depositions because of scheduling conflicts.

Joseph Brunelle
By his attorney,

_____
Austin M. Joyce, Esq.
397 Grove Street
Worcester, MA 01605

Douglas Albert
By his attorney,

_____
Robert H. Astor, Esq. /AMJ/
1145 Main Street, Suite 403
Springfield, MA 01103

City of Chicopee,
By its attorney,

_____
Thomas J. Rooke /AMJ/
Associate City Solicitor
City of Chicopee Law Depart.
7 Springfield Street
Chicopee, MA 01013

Michael Thomas,
By his attorney,

_____
Bernard O'Connor, Esq. /AMJ/
1391 Main Street
Suite 1022
Springfield, MA 01103