UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOUGLAS ALBERT,<br>    Plaintiff<br><br>v.<br><br>MICHAEL THOMAS, et al<br>    Defendants | )<br>)<br>)<br>)  C.A. No. 05-30008-MAP<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL
### AS TO DEFENDANT JOSEPH BRUNELLE ONLY

The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41 (a) (1) (ii), hereby stipulate that all claims against Defendant Joseph Brunelle be dismissed with prejudice and with each party bearing its own costs.

Dated: Dec 1, 05

THE DEFENDANT
**City of Chicopee**
By its attorney

_____
Thomas John Rooke, Esq.
Chicopee Law Department
17 Springfield Street
Chicopee, MA 01013
BBO# 549087
(413) 731-9000

THE DEFENDANT
**Joseph Brunelle**
By his attorney

Dated: 12-1-05

_____
Austin M. Joyce, Esq.
Reardon, Joyce & Akerson, P.C.
397 Grove Street
Worcester, MA 01605
BBO# 255040
(508) 754-7285

THE DEFENDANT
**Michael Thomas**
By his attorney

Dated: 12/1/05

*[signature]*

Bernard T. O'Connor, Esq.
O'Connor, Martinelli, Cullinan & Pikula
1391 Main Street, Suite 1022
Springfield, MA 01103
(413)781-5311

THE PLAINTIFF
**Douglas Albert**
By his attorney

Dated: 11/30/05

*[signature]*

Robert Astor, Esq.
Astor & Minardi P.A.
Colonial Block
1145 Main Street - Suite 403
Springfield, MA 01103
BBO# 023120
(413) 781-1144