UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOUGLAS ALBERT,                )
        Plaintiff     )
                                )
v.                              )   Civil Action No. 05-30008-MAP
                                )
                                )
                                )
                                )
MICHAEL THOMAS, et al.,         )
        Defendants    )

FURTHER SCHEDULING ORDER
December 2, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference on December 1, 2005:

1. All remaining non-expert depositions shall be completed by December 30, 2005.

2. The parties shall designate and disclose information regarding their trial experts, if any, as required by FED. R. CIV. P. 26(a)(2), by February 3, 2006.

3. All expert depositions shall be completed by March 10, 2006.

4. Counsel shall appear for a final pretrial conference on April 7, 2006, at 3:00 p.m. in Courtroom One before District Judge Michael A. Ponsor. Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered this date.

IT IS SO ORDERED.

DATED: December 2, 2005

                                                /s/ Kenneth P. Neiman  
                                                KENNETH P. NEIMAN  
                                                U.S. Magistrate Judge