UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOUGLAS ALBERT,                    )
                    Plaintiff     )
                                  )
v.                                )          C.A. No. 05-30008-MAP
                                  )
MICHAEL THOMAS, et al,            )
                    Defendants    )

### MOTION FOR RELIEF FROM SCHEDULING ORDER

Defendant moves the Court to extend the time within which he may disclose his experts or otherwise move with respect to the expert's report until February 17, 2005, on the ground that the retaining an expert requires additional time and preparation of the expert's report entails investigation which cannot be completed within the prescribed time.   Accordingly, Defendant requests relief from the Scheduling Order dated December 2, 2005, specifically as it pertains to the party's designation and disclosure of information regarding Defendant's expert(s).  See Further Scheduling Order dated December 2, 2005 Para. 2.

As further reasons the defendant states that initial discussions have been held between the defendant parties on retaining an expert but further discussions regarding funds available to retain the expert are continuing.

Date: 2/3/06

RESPECTFULLY SUBMITTED,
THE DEFENDANT, MICHAEL THOMAS

Bernard T. O'Connor, Jr.
O'CONNOR, MARTINELLI, CULLINAN &
PIKULA
1391 Main Street, Suite 1022
Springfield, MA 01103
(413) 781-5311
BBO # 557872

I HEREBY CERTIFY THAT A TRUE COPY OF
THE ABOVE DOCUMENT WAS SERVED UPON
(EACH  ...           ...          )
T...              ...
C...          ...          ...  + FAX
2-3-06

Signature

LAW OFFICES
## O'CONNOR, MARTINELLI, CULLINAN & PIKULA
SUITE 1022
1391 MAIN STREET
SPRINGFIELD, MASSACHUSETTS 01103-1649
TELEPHONE (413) 781-5311
FACSIMILE (413) 746-2707

S. THOMAS MARTINELLI
BERNARD T. O'CONNOR, JR.
EDWARD M. PIKULA                                                BERNARD T. O'CONNOR (1917-1993)
WILLIAM G. CULLINAN                                             THOMAS J. O'CONNOR (1925-1996)
SHAWN M. O'CONNOR                                              WILLIAM L. COHN (1925-2003)

INDIVIDUAL PRACTITIONERS, NOT IN PARTNERSHIP

## FAX COVERSHEET

DATE: _____2\3\06_____ PAGES (WITH COVER): __2__

TO: ___Attn: Liz French___ FAX: ___785 - 0204___

COMPANY: _____

RE: _____

FROM: ___Atty. Ben O'Connor___

___Original to be filed later today.___

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In the event that you have not received a complete transmission, please call us at (413) 781-5311.

The information contained in this facsimile message is legally privileged and confidential and intended only for the use of the individual or entity named. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this fax is strictly prohibited. If you have received this fax in error, please notify us immediately by telephone and return the original message to us at the above address.

Thank you.

02/03/2006 FRI 16:44    [TX/RX NO 5851]    ⌷001