UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOUGLAS ALBERT, )
    Plaintiff )
 )
v. )   C.A. No. 05-30008-MAP
 )
CITY OF CHICOPEE, et al )
    Defendants )

### DEFENDANTS' SELECTION OF AN EXPERT AND NOTICE TO PLAINTIFF

    The defendants in the above-entitled matter hereby notify the plaintiff that the defendants have retained David Standen as an expert to testify in support of the defendants' conduct in this case. David Standen resides at 81 Richview Avenue, South Hadley Massachusetts 01075, telephone 413-532-8518. I am attaching a copy of David Standen's resume and it is expected that he will testify that the force used by the Chicopee police officers was reasonable and in compliance with standard techniques taught in police academies and the amount of force was not excessive nor improperly applied by the defendants.

                                                       Respectfully Submitted,

CITY OF CHICOPEE                                        MICHAEL THOMAS
By Its Attorney                                               By His Attorney

THOMAS JOHN ROOKE, ESQ.                 BERNARD T. O'CONNOR, JR., ESQ.
Associate City Solicitor                             O'Connor, Martinelli, Cullinan & Pikula
Chicopee Law Department                          1391 Main Street, Suite 1022
17 Springfield Street                                  Springfield, MA 01103
Chicopee, MA 01013                                    Ph: (413)781-5311
Ph: (413)731-9000                                       Fx: (413)746-2707
Fx: (413)731-1302                                        BBO# 557872
BBO# 549087

Dated: February 17, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that I served a copy of the above document by mailing first-class, postage pre-paid, to the parties of record on this __17__ day of February, 2006.

Robert H. Astor, Esq.
Astor & Minardi, P.A.
1145 Main Street, Suite 403
Springfield, MA 01103

                                                  _/s/ Thomas John Rooke_
                                                  THOMAS JOHN ROOKE, ESQ.