UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 FEB 23 A II: 35

U.S. DISTRICT CRT
DISTRICT OF MASS

DOUGLAS ALBERT,                    )
   Plaintiff                       )
                                   )
v.                                 )        C.A. No. 05-30008-MAP
                                   )
CITY OF CHICOPEE, et al            )
   Defendants                      )
                                   )

## PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' EXPERT WITNESS

Now comes the Plaintiff in the above-titled matter in connection with the above-titled matter and moves to strike defendants' named expert witness.

In support of this motion plaintiff states:

1. The court originally designated February 3, 2006 as the date for experts to be designated and reports to be provided;

2. On February 3, defense counsel moved to extend the court's order, and the court ordered that "Defendant's expert's report shall be provided by February 17, 2006. There shall be no further extensions." (See exhibit A)

3. On February 22, 2006 plaintiff's counsel received from defense counsel an envelope postmailed February 21, (see exhibit B) containing a letter (See exhibit C) naming an expert and referring to a resume, said resume which was not enclosed in the letter. There was no written report prepared and signed by the expert witness as mandated by Rule 26 (a) (2) of the Federal Rules of Civil Procedure.

1

Defense counsel has failed to comply with the disclosure date dictated by the court, and has failed to furnish to provide a written report from the expert witness (David Standen) as required by Rule 26 (a) (2).

Wherefore, defendant moves to strike the expert testimony of David Standen.

Respectfully Submitted

DOUGLAS ALBERT
By His Attorney

Robert H. Astor
1441 Main Street, Suite 900
Springfield, MA  01103
Phone: (413) 781-1144
Fax:     (413) 746-2707
BBO No. 023120

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail (by hand) on  2|23|0 6

2

 **MAIL**                                                 Print - Close Window

**Date:**    Tue, 7 Feb 2006 10:07:41 -0500 (EST)

**From:**    ECFnotice@mad.uscourts.gov

**To:**      CourtCopy@mad.uscourts.gov

**Subject:** Activity in Case 3:05-cv-30008-MAP Albert v. Thomas et al "Order on Motion to Amend"

---

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Neiman, Kenneth entered on 2/7/2006 at 10:07 AM EST and filed on 2/7/2006
**Case Name:**        Albert v. Thomas et al
**Case Number:**      3:05-cv-30008
**Filer:**
**Document Number:**

**Docket Text:**
Judge Kenneth P. Neiman : Electronic ORDER entered granting [25] Defendant Michael Thomas' Motion to Amend Scheduling Order. Defendant's expert's report shall be provided by February 17, 2006. There shall be no further extensions. The court's Further Scheduling Order of December 2, 2005, shall otherwise remain in effect. So ordered. (Neiman, Kenneth)

The following document(s) are associated with this transaction:

**3:05-cv-30008 Notice will be electronically mailed to:**

Michael J. Akerson    mjakerson@yahoo.com

Robert H. Astor    rhastor@yahoo.com

Andrew J. Gambaccini    agambaccini@epreardon.com

Austin M. Joyce    austinj@masspolice.com

Bernard T. O'Connor , Jr    boconnor@omcp-law.com

Thomas J. Rooke    tjrlaw@aol.com

John K. Vigliotti    jvigliotti@epreardon.com

**3:05-cv-30008 Notice will not be electronically mailed to:**

*Thomas John Rooke*
ATTORNEY AT LAW
73 CHESTNUT STREET
SPRINGFIELD, MASSACHUSETTS 01103

SPRINGFIELD MA 011

21 FEB 2006 PM 4 T

Robert H. Astor, Esq.
1441 Main Street, Suite 900
Springfield, MA 01103

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

DOUGLAS ALBERT,
    **Plaintiff**

v.

CITY OF CHICOPEE, et al
    **Defendants**

      )
      )
      )
      )      C.A. No. 05-30008-MAP
      )
      )
      )
      )

## DEFENDANTS' SELECTION OF AN EXPERT AND NOTICE TO PLAINTIFF

The defendants in the above-entitled matter hereby notify the plaintiff that the defendants have retained David Standen as an expert to testify in support of the defendants' conduct in this case. David Standen resides at 81 Richview Avenue, South Hadley Massachusetts 01075, telephone 413-532-8518. I am attaching a copy of David Standen's resume and it is expected that he will testify that the force used by the Chicopee police officers was reasonable and in compliance with standard techniques taught in police academies and the amount of force was not excessive nor improperly applied by the defendants.

Respectfully Submitted,

CITY OF CHICOPEE
By Its Attorney

THOMAS JOHN ROOKE, ESQ.
Associate City Solicitor
Chicopee Law Department
17 Springfield Street
Chicopee, MA 01013
Ph: (413)731-9000
Fx: (413)731-1302
BBO# 549087

MICHAEL THOMAS
By His Attorney

BERNARD T. O'CONNOR, JR., ESQ.
O'Connor, Martinelli, Cullinan & Pikula
1391 Main Street, Suite 1022
Springfield, MA 01103
Ph: (413)781-5311
Fx: (413)746-2707
BBO# 557872

Dated: February 17, 2006