UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOUGLAS ALBERT,  )
   Plaintiff )
 )
v. ) C.A. No. 05-30008-MAP
 )
CITY OF CHICOPEE, et al )
   Defendants )

## MOTION TO CONTINUE PRETRIAL CONFERENCE
## (WITH ASSENT)

The plaintiff, Douglas Albert, by undersigned counsel, respectfully requests the Pretrial Conference hearing, now scheduled for June 8, 2006 at 3:30 p.m. be continued to Tuesday, June 13 at 3:00 p.m.

In support of this motion counsel for plaintiff has a previously scheduled medical malpractice tribunal in Hampden County Superior Court on June 8 at 2:00 p.m. and is concerned that he may be late for the conference on June 8 at 3:30.

Wherefore, plaintiff moves that the court change the time of the Pretrial Conference as requested above, and further states that said proposed date is acceptable to all counsel and the clerk's office.

With Assent:

Respectfully Submitted
For the Plaintiff

_____ (RHA)
Thomas J. Rooke, Esquire
73 Chestnut Street
Springfield, MA 01103

_____
Robert H. Astor, Esquire
1441 Main Street, Suite 900
Springfield, MA 01103
(413) 781-1144
(413) 747-8044 FAX
BBO No. 023120

1

*Bernard T. O'Connor* (RHA)
_____
Bernard T. O'Connor Jr., Esquire
O'Connor, Martinelli, Cullinan & Pikula
1391 Main Street, Suite 1022
Springfield, MA 01103

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail (by hand) on 5/22/06

2