```
          UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF MASSACHUSETTS
```

DOUGLAS ALBERT,                )
    Plaintiff              )
              )
   v.                     ) CIVIL ACTION NO. 05-30008-MAP
              )
CITY OF CHICOPEE, ET AL,       )
    Defendants             )

### FURTHER SCHEDULING ORDER

June 15, 2006

PONSOR, D.J.

Counsel for all parties appeared before this court for a final pretrial conference on June 13, 2006. Due to an oversight, no final pretrial memorandum was filed by any party. Based on counsel's representations, the court orders as follows:

  1.  A Joint Final Pretrial Memorandum, or individual Final Pretrial Memoranda, will be filed no later than June 23, 2006, in compliance with the court's normal final pretrial order.

  2.  This case is hereby referred to Chief Magistrate Judge Kenneth P. Neiman for mediation. The Magistrate Judge's clerk will be in contact with counsel to make arrangements and set a date for the mediation.

  3.  Trial in this matter, if it does not resolve, will commence on November 13, 2006 at 10:00 a.m. Counsel will appear for a conference that day at 9:00 a.m. prior to the commencement of jury selection at 10:00 a.m.

  4.  Motions _in_ _limine_, proposed _voir_ _dire_ questions and proposed jury instructions will be filed no later than November 6, 2006.

5.   Some confusion arose during the conference regarding the status of Defendants' expert.  That issue is addressed in a separate Memorandum and Order, issued this day.

It is So Ordered.

                                              /s/ Michael A. Ponsor
                                              MICHAEL A. PONSOR
                                              United States District Judge