**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

DOUGLAS ALBERT
              Plaintiff

        V.

CITY OF CHICOPEE, et al.
              Defendants

CIVIL ACTION

NO.  05-30008-MAP

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE  Ponsor

[X]  The above entitled case was reported settled in principle after referral to the ADR Program, but prior to ADR.

[X]  On  September 25, 2006   I held the following ADR proceeding:

    __ SCREENING CONFERENCE    __ EARLY NEUTRAL EVALUATION
    _X_ MEDIATION    __ SUMMARY BENCH / JURY TRIAL
    __ MINI-TRIAL    __ SETTLEMENT CONFERENCE

[X]  All parties were represented by counsel  [except _____]

[X]  The parties were present in person, by telephone or by authorized corporate officer or representative

The case was:

[ ]  Settled.  A ___ day order of dismissal has been entered.

[X]  There was progress. The parties will report to the court on October 4, 2006, whether they have finalized a settlement.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

[ ]  Other: _____

September 28, 2006                    /s/ Kenneth P. Neiman
DATE                                        ADR Provider

                                                KENNETH P. NEIMAN, U.S. Magistrate Judge