**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

DOUGLAS ALBERT
        Plaintiff

     V.

CITY OF CHICOPEE, et al.,
        Defendants

CIVIL ACTION

NO. 05-30008-MAP

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE  Ponsor

[X]  The above entitled case was reported settled in principle after referral to the ADR Program, but prior to ADR.

[ ]  On _____ I held the following ADR proceeding:

    __ SCREENING CONFERENCE    __ EARLY NEUTRAL EVALUATION
    __ MEDIATION    __ SUMMARY BENCH / JURY TRIAL
    __ MINI-TRIAL    __ SETTLEMENT CONFERENCE

[ ]  All parties were represented by counsel [except _____]

[ ]  The parties were present in person, by telephone or by authorized corporate officer or representative

The case was:

[X]  Settled. A  30  day order of dismissal has been entered.

[ ]  There was progress.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

[ ]  Other: _____

October 5, 2006        /s/ Kenneth P. Neiman
DATE        ADR Provider

        KENNETH P. NEIMAN, U.S. Magistrate Judge