UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-30008-MAP

DOUGLAS ALBERT,         )
      Plaintiff    )
                        )
v.                      )
                        )
CITY OF CHICOPEE, et al )
      Defendants   )

STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties in the above-entitled action and pursuant to the provisions of F.R.C.P. 41(a)(1)(ii), hereby stipulate that all claims of said action be dismissed without costs and with prejudice.

THE PLAINTIFF,
DOUGLAS ALBERT,

By: _____
ROBERT H. ASTOR, ESQ.
1441 Main St., Suite 900
Springfield, MA 01103
Ph: (413)781-1144
BBO# 023120

THE DEFENDANT,
CITY OF CHICOPEE,

_____
THOMAS JOHN ROOKE, ESQ.
Associate City Solicitor
City of Chicopee
17 Springfield Street
Chicopee, MA 01013
Ph: (413)594-1520
BBO# 549087

THE DEFENDANT,
MICHAEL THOMAS,

_____
BERNARD T. O'CONNOR, JR., ESQ.
O'Connor, Martinelli, Cullinan & Pikula
1391 Main Street, Suite 1022
Springfield, MA 01103
Ph: (413)781-5311
BBO#

Dated: _____, 2006